# LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC

JACK E. WENARSKY, ESQ.**
SCOTT J. GOLDSTEIN, ESQ.**
**ADMITTED IN NY AND NJ

**LEDGEWOOD**
410 ROUTE 10 WEST, STE 214
LEDGEWOOD, NJ 07852

**DENVILLE**
280 WEST MAIN STREET
DENVILLE, NJ 07834

**NEW YORK CITY**
43 WEST 43RD STREET, STE 188
NEW YORK, NY 10036
BY APPOINTMENT ONLY

**WRITER'S CONTACT**
Scott J. Goldstein
Direct Phone:   (973) 453-2871
Direct Email:   Scott@wg-attorneys.com

February 2, 2024

**<u>Via CM/ECF</u>**
Honorable Cecelia G. Morris
355 Main Street
Poughkeepsie, NY 12601

    **In re: Dawn Ferris Case No. 22-22926**
      **Chapter 13 Bankruptcy**

Dear Judge Morris:

  This letter will confirm that the within matter, currently scheduled for February 7, 2024 is hereby rescheduled for April 3, 2024 at 9:00 am.  This adjournment is done with the consent of the Trustee and all interested parties.
  If the Court needs additional information, please contact me.

                   Respectfully,

                  /s/Scott J. Goldstein
                  Scott J. Goldstein, Esq.

---

**North Jersey Offices**

410 Route 10 West, Ste 214
Ledgewood, NJ 07852

280 West Main Street
Denville, NJ 07834

Tel:  973-927-5100
Fax:  973-927-5252

info@wg-attorneys.com
www.wg-attorneys.com

**New York Office**

43 West 43rd Street, Ste 188
New York, NY 10036-7424

By Appointment Only